■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ALI, Appellant. [658 NYS2d 943] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered June 26, 1995, convicting him of assault in the first degree, burglary in the first degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions regarding the court's jury

charge are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Lipton,* 54 NY2d 340, 351). In any event, his contentions are either without merit or do not require reversal.

The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Sullivan, Santucci and Altman, JJ., concur.